The application of the above-named defendant for a review of the sentence of 30 years for Mitigated Deliberate Homicide plus 5 years for the use of a weapon; to be served consecutively, DANGEROUS OFFENDER STATUS, imposed on March 12, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed, however, the DANGEROUS DESIGNATION shall be removed.

This Board finds nothing in the record that would determine this Petitioner a Dangerous Offender.

We wish to thank Amy Guth of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. STEVEN K. ROSTEN, Defendant.

## DECISION

No. CDC-86-216

The application of the above-named defendant for a review of the sentence of 20 years with 10 years suspended to be served concurrently to all other sentences imposed 6/26/87, for Forgery. Plus restitution of $3,790.15 within 2 years from date of release; $20.00 surcharge. Plus 5 years for Persistent Felony Offender to be served consecutively, imposed on June 26, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Brant Light, Deputy County Attorney, from Cascade County for appearing before the Sentence Review Board.

We wish to thank Gregg Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Twentieth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. JOHN PATRICK WEASELHEAD, Defendant.